# United States District Court
# For The Western District of North Carolina
# Asheville Division

Jerry Jerome Harris,

    Plaintiff(s),                            JUDGMENT IN A CIVIL CASE

vs.                                                     1:11cv242

Medical Staff of Marion Correctional Institution, et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/30/11 Order.

Signed: August 30, 2011

Frank G. Johns, Clerk
United States District Court